IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | Criminal No. **3:26-CR-267-L** |
| | § | |
| **JAMAL ANTHONY CARSON (01)** | § | |

**ORDER**

On October 9, 2026, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 23) was entered. The Report recommends that the court deny the two Motions to Dismiss the Indictment ("Motions") (Docs. 19, 20), filed by Defendant Jamal Anthony Carson ("Defendant"), because he concedes that the arguments proffered in support of his Motions have been rejected by the Fifth Circuit. No objections to the Report were filed within the 14-day period allowed under Local Criminal Rule 59.2.

Having considered Defendant's Motions, the briefing on the Motions, the Indictment, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **denies** Defendant's Motions (Doc. 19, 20).

**It is so ordered** this 2nd day of November, 2026.

Sam A. Lindsay
United States District Judge